IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00011-MP-AK

MARK ALLEN CRAIG,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendant's Motion to Vacate, Set Aside, or Correct Sentence ursuant to 28 U.S.C. § 2255, Doc. 27, be Denied. The Magistrate Judge filed the Report and Recommendation Friday, March 25, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and the lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence ursuant to 28 U.S.C. § 2255, Doc. 27, is DENIED.

**DONE AND ORDERED** this __17th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge