# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:03cr11-MW/GRJ

**MARK ALLEN CRAIG,**

    **Petitioner.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 35, is **DISMISSED** as second or successive. Alternatively, the motion is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 19, 2019.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**